■ (A) Salzman Sign Co., Inc., Appellant, v. Elsa Beck, as Administratrix of the Estate of Irving Beck, Deceased, Respondent. (B) Edward Pardocchi, Respondent, v. National Casualty Company, Appellant.— Motion by appellant for leave to appeal to the Court of Appeals granted. Pursuant to statute (Civ. Prac. Act, § 589, subd. 4, par. [a]), we certify that questions of law have arisen which in our opinion ought to be reviewed by the Court of Appeals. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ (A) The People of the State of New York, Respondent, v. Fortunato Aurigemma, Appellant. (B) The People of the State of New York, Respondent, v. Earl Salters, Appellant.— Motion by appellant to dispense with printing granted. The appeals will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the March Term commencing February 27, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. It appears from the motion papers that appellant either has in his possession a copy of the original papers to be used in the consideration of his appeal or has full knowledge of their contents. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ The People of the State of New York, Respondent, v. Elmer Bellach, Appellant.— Motion by appellant to vacate order dated May 6, 1960, dismissing the appeal, granted; order vacated. Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typewritten minutes) and on appellant's typewritten brief. Appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, commencing March 27, 1961; the appeal is ordered on the calendar for said term. On the court's own motion, William A. Smith, Esq., 30 Bay St., Staten Island, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ The People of the State of New York, Plaintiff, v. Ernest Cunningham, Defendant.— Motion by defendant to dispense with printing dismissed without prejudice, on the ground that such motion is premature. No appeal is presently pending, since it appears that no order has yet been entered on the decision of the County Court of Suffolk County, rendered October 5, 1960, denying defendant's *coram nobis* application; and, consequently, no notice of appeal has been or can be filed or served. Defendant may renew this motion if he duly files and serves his notice of appeal after the service upon him by the District Attorney of a copy of the order which may have since been entered or which shall be entered on said decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ The People of the State of New York, Respondent, v. Harold Davis-El, Appellant.— Motion by appellant for reargument granted, and prior decision and order of June 6, 1960, vacated. On reargument, appellant's motion to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. Appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is further enlarged to the March Term,